## 36 DEFOREST AVENUE, LLC v. LEONARD CREADORE

The plaintiff's petition for certification for appeal from the Appellate Court, 99 Conn. App. 690 (AC 26573), is denied.

*Paul A. Sobel*, in support of the petition.

*Philip M. French*, in opposition.

Decided April 12, 2007